■ EMMA L. BROWN, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 91420.) [703 NYS2d 415] —Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at the Court of Claims (Midey, Jr., J.). We add only that we have reviewed the arguments of respondent concerning evidentiary rulings made by the court and conclude that they are without merit. (Appeal from Judgment of Court of Claims, Midey, Jr., J.—Negligence.) Present—Green, A. P. J., Pine, Pigott, Jr., and Scudder, JJ.